JOHN KEHOE, DEFENDANT IN ERROR, v. BOROUGH OF
    RUTHERFORD, PLAINTIFF IN ERROR.

Argued June 22, 1908—Decided June 28, 1908.

On error to the Supreme Court.

For the plaintiff in error, *John M. Bell.*

For the defendant in error, *George P. Rust.*

PER CURIAM.

The only assignment of error challenges the propriety of the action of the trial court in refusing to direct a verdict for the defendant at its request. Such a direction would have been, in the face of our opinion, rendered in an earlier stage of this litigation, and reported in 45 *Vroom* 659. There was no error in its refusal.

The judgment under review will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 16.

*For reversal*—None.